FILED
CLERK, U.S. DISTRICT COURT

JAN 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOEL CONTRERAS, ) | Case No. CV 06-2704-ABC(AJW) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| D. OLLISON, Warden, ) | |
| Respondent. ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is **denied**.

Dated: Jan 11, 2008

Audrey B. Collins
United States District Judge